LILLIAN GROSS, as Administratrix of the Estate of HYMAN GROSS, Deceased, Respondent, v. FANNIE FEIN et al., Appellants.— Order granting plaintiff's motion for an injunction *pendente lite* and denying defendants' cross motion for summary judgment affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

HYMAN GUISENFITTER, Appellant, v. CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injuries, alleged to have been caused by respondent's negligence, order denying appellant's motion for a preference, pursuant to rule 151 of the Rules of Civil Practice, affirmed, without costs. No opinion. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

EDITH HELLER, Appellant, v. PANORAMIC RADIO PRODUCTS, INC., et al., Respondents.— In an action to recover damages for personal injuries, order denying appellant's motion to remove the action from the Deferred Calendar and to place it on the General Calendar of the Supreme Court, Kings County, affirmed, without costs. No opinion. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.